# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

DAVID J. GOODIEL,                          :    No. 39 WM 2019
                                           :
                    Petitioner             :
                                           :
                                           :
                                           :
            v.                             :
                                           :
                                           :
                                           :
ROBERT GILMORE, SUPERINTENDENT             :
OF SCI-GREENE, CORRECTIONAL                :
INSTITUTION, ET AL.,                       :
                                           :
                    Respondents            :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 28th day of August, 2019, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Habeas Corpus is DENIED.